

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO. 99-00091-002 |
| vs. | )<br>) | **TERMINATION** |
| HAZEL BRIONES WARD<br>Defendant. | )<br>)<br>)<br>) | |

**Re: Request for Early Termination**

On December 9, 1999, Hazel Briones Ward was sentenced in the District Court of Guam for Distribution of Crystal Methamphetamine aka "Ice", in violation of 21 U.S.C. § 841(a)(1). Ms. Ward was sentenced to a 57 month term of imprisonment followed by a supervised release term of 48 months. The Court also ordered the following conditions: refrain from any unlawful use of a controlled substance; submit to one urinalysis within 15 days of release, and two additional urinalyses thereafter not to exceed 60 days; refrain from the use of alcohol; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; obtain and maintain gainful employment; perform 300 hours of community service; and pay a special assessment fee of $100.

Ms. Ward has been under the supervision of the Northern District of Iowa Probation Office since her release from imprisonment on October 16, 2003. The Probation Office has submitted a request for early termination of Ms. Ward's supervised release based on her compliance with her conditions. She has maintained employment and is currently Assistant Manager at Bishop's Buffet, a restaurant. She successfully completed outpatient substance abuse treatment, and has maintained her sobriety from illicit drug use throughout her term. She completed her community service performance, and has complied with the other conditions of supervision.

TERMINATION
Request for Early Termination
Re: WARD, Hazel Briones
USDC Cr. Cs. No. 99-00091-002
December 23, 2005
Page 2

RESPECTFULLY submitted this 23rd day of December 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: USPO Lisa Feuerbach, Northern District of Iowa
Joaquin C. Arriola Jr., Defense Counsel
Assistant U.S. Attorney
File

********************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Hazel Briones Ward be discharged from supervised release and that the case be closed.

Dated this 27th day of December 2005.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge

RECEIVED
DEC 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM